*Northern District*

No. 8400

# JOHN BICKFORD
## v.
# FRANK PISANI, CHIEF, CAMBRIDGE POLICE DEPARTMENT

Argued: Jan. 22, 1976. Decided: May 13, 1976.

Case tried to *Sherman, J.,* in the Third District Court of Eastern Middlesex. Number: 1146 of 1975.

Present: Flaschner, P.J.\*; Flynn, Forte, J.J.

**Forte, J.** This is a report from the Third District Court of Eastern Middlesex where a judicial review was conducted on the respondent Police Chief's denial of a license to carry a firearm.

The Appellate Division does not have jurisdiction to hear appeals from judicial review conducted in the District Courts pursuant to G.L.c. 140, §131. This exact question was decided in *Zahansky v. Shea,* 54 Mass. App. Dec. 51 (1974).

The appeal is to the Superior Court pursuant to G.L.c. 231, §97.

**Report dismissed.**

---

\* Chief Justice Flaschner participated in the hearing and post-hearing conference on this matter but died prior to the signing of the Opinion.